# United States District Court
## Western District of North Carolina
### Division

| Andres G. Herbas, | ) | JUDGMENT IN CASE |
| --- | --- | --- |
| Plaintiff(s), | ) | 3:14cv544 |
| vs. | ) | |
| United States of America Defendants | ) | |

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 20, 2015 Order.

May 20, 2015

*Frank D. Johns*